**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| **vs.** | § | 1:21-mj-00333-SH-1 |
| | § | |
| **David Joel Mireles (1)** | § | |

### O R D E R

Before the Court are the Motion of Defendant David Joel Mireles for Reconsideration of Detention Order, filed May 17, 2021 (Dkt. 9), and the Government's Response, filed under seal on May 17, 2021 (Dkt. 10).

On April 20, 2021, after a detention hearing, the Court granted the Government's Motion for Detention and ordered Defendant held without bond pending trial. Dkt. 8. Defendant now asks the court to reconsider pursuant to 18 U.S.C. § 3142(f)(2)(B), which provides that a detention hearing may be reopened

> at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure . . . the safety of any other person and the community.

Having considered the Motion, the Government's Response, and the factors set forth in 18 U.S.C. § 3142(g), the Court finds that there are conditions that will reasonably assure the appearance of Defendant as required and the safety of the community. Finding good cause therefor, Defendant's motion for Reconsideration of Detention Order (Dkt. 9) is **GRANTED** and Defendant is ordered released subject to the Court's Order Setting Conditions of Release.

**SIGNED** on May 17, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE